OPINION — AG — ** SUMMONS — RESIDENT OF COUNTY ** QUESTION: IS A COURT CLERK AUTHORIZED TO PAY THE CLAIM OF A NEWSPAPER FOR PRINTING A SUMMONS BY PUBLICATION IN A CIVIL ACTION FILED IN THE DISTRICT COURT UNDER AUTHORITY OF 12 O.S. 921 [12-921], SAID PAYMENT TO BE MADE OUT OF THE COURT FUND OF THE COUNTY ? — NEGATIVE (CLAIMS AGAINST THE COURT FUND OF A COUNTY, PROCESS) CITE: 12 O.S. 921 [12-921], 62 O.S. 323 [62-323] (FRED HANSEN)